IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Filed IN OPEN COURT
FEB 24 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>JENNIFER PENDLETON STEWART,  )<br>)<br>Defendant.    ) | Case No. 1:09CR382 |

## STATEMENT OF FACTS

Were this matter to go to trial, the United States of America would prove the following facts beyond a reasonable doubt:

1. From in or about January 2007 through in or about September 2007, in Arlington, Virginia, within the Eastern District of Virginia and elsewhere, the defendant, JENNIFER PENDLETON STEWART, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with others, including but not limited to Mark Cryer, Timothy Bollinger, Jason Shinault and Joseph Federici, to unlawfully, knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

2. In or about January 2007, in Arlington, Virginia, the defendant purchased one-half to one ounce quantities of crystal methamphetamine from Mark Cryer for re-distribution to other drug distributors in Washington, D.C. and elsewhere.

3. In or about the spring of 2007, while Mark Cryer was out of town, he arranged with

Joseph Federici and the defendant for Federici to distribute one-half ounce of crystal methamphetamine and a quantity of ketamine to the defendant at Federici's residence in Alexandria, Virginia.

4. In or about July 4, 2007, the defendant agreed to drive a quantity of crystal methamphetamine, MDMA pills and GHB belonging to Mark Cryer and Joseph Federici to Provincetown, Massachusetts so that they would not have to carry it with them on the airplane. Upon arrival, the defendant returned the drugs to Cryer and Federici which they shared amongst themselves.

5. On or about September 6, 2007, in Atlanta, Georgia, the defendant rented a Chrysler 300 from Thrifty Car Rental at the Atlanta Airport, at the request of Mark Cryer, in order to transport a quantity of crystal methampetamine back to Cryer's residence in Virginia.

6. On or about September 11, 2007, and at the direction of Mark Cryer, Jason Shinault drove the rented Chrysler 300 containing approximately 1.8 kilograms of methamphetamine and 8.79 gallons of GHB from Atlanta, Georgia to Cryer's residence in Arlington, Virginia. Thereafter, Shinault subsequently deposited cash drug proceeds into the defendant's bank account in order to extend the time period on the car rental agreement.

7. On or about September 12, 2007, at their residence in Arlington, Virginia, Mark Cryer and his boyfriend possessed with the intent to distribute controlled substances which has been delivered by Jason Shinault in the rented Chrysler 300, including approximately four (4) pounds of methamphetamine (approximately 1.8 kilograms); 33.1521 litres (approximately 8.79 gallons) of 1-4 butanediol (an analog of GHB); approximately 35 MDMA pills and 42 MDA pills; and approximately four ounces of cocaine (122.1 grams). They also possessed a number of computers, financial records and documents, drug paraphernalia and packaging material and approximately

$126,650 in drug proceeds. All of these items were seized by law enforcement on September 12, 2007 during the execution of a search warrant.

8. From in or about the June 2007 through in or about September 2007, during the course and in furtherance of his participation in the conspiracy, the defendant was personally involved in the distribution of, or it was reasonably foreseeable to him that his co-conspirators distributed in furtherance of the conspiracy, at least 500 grams but less than 1.5 kilograms of methamphetamine.

9. The acts described above were done willfully and knowingly and with the specific intent to violate the law, and not by accident, mistake, inadvertence, or other innocent reason.

10. This Statement of Facts does not contain each and every fact known to the defendant and to the United States concerning the defendant's and others' involvement in the charges set forth in the plea agreement.

Respectfully submitted,

NEIL H. MACBRIDE
United States Attorney

*Kimberly R. Pedersen*
Kimberly R. Pedersen
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, Jennifer Pendleton Stewart, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

JENNIFER PENDLETON STEWART
Defendant

I am Jennifer Pendleton Stewart's attorney. I have carefully reviewed the above Statement of Facts with her. To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

John Keats, Esquire
Attorney for Jennifer Pendleton Stewart